72888. KIMBLE et al. v. ROLLINS LEASING CORPORATION.
(348 SE2d 926)

BANKE, Chief Judge.

Milt and Diane Kimble appeal an order of the State Court of DeKalb County denying their motion for a new trial in a garnishment proceeding. *Held*:

Appellants having failed to follow the discretionary appeal procedures required by OCGA § 5-6-35 in such cases, the appeal must be dismissed. *McCrary v. City of Atlanta*, 158 Ga. App. 406 (280 SE2d 906) (1981).

*Appeal dismissed. Birdsong, P. J., and Sognier, J., concur.*

Decided July 16, 1986 —
Rehearing denied July 29, 1986 

*B. J. Roberts*, for appellants.
*Bartow Cowden III*, for appellee.